IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Thomas J. Wylie, Sr., etc.,            Case No. 3:13 CV 2798

         Plaintiff,            <u>JUDGMENT ENTRY</u>

      -vs-                 JUDGE JACK ZOUHARY

Fed Ex Ground Package System, Inc., et al.,

         Defendants.

This Court having contemporaneously filed its Memorandum Opinion and Order (Doc. 74), orders Defendants Fed Ex Ground Package System, Inc., Jonathan P. Shoemaker and Van C. Adams' Motion for Summary Judgment (Doc. 70) is granted. No other claims remaining, this Court enters final judgment for Defendants and orders this case is dismissed.

IT IS SO ORDERED.

                                                      s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE

July 30, 2015